# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D16-5261
_____

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

    Appellant,

    v.

RENEE WOOL,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
James Daniel, Judge.

June 27, 2018

PER CURIAM.

    AFFIRMED.

WOLF, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Rhonda B. Boggess of Taylor, Day, Grimm & Boyd, Jacksonville, for Appellant.

Celene H. Humphries and Maegen P. Luka of Brannock & Humphries, Tampa, for Appellee.